## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. _P 0614152_

_Paul Merrill_          **ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _141 N. Rodeo Gulch Ct_
_Soquel_         _CA_      _95073_
CITY         STATE      ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: _12/05/06_         _Steve Bortz for Paul Merrill_
                          DEFENDANT'S SIGNATURE

_6 months probation (court)_
YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(✓) Fine: $ _630.00_ and a penalty assessment of $ _20.00_ for a TOTAL AMOUNT OF: $ _650.00_ within _____ days/months; or payments of $ _125.00_ per month, commencing _1-5-07_ and due on the _5th_ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by _____
_2 days custody with credit for 2 days served_
PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

USDC                           CLERK, USDC                  CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA) 1130 O STREET, RM 5000       501 "I" STREET
POST OFFICE BOX 740026         FRESNO, CA 93721             SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _12/5/06_           _William M. Wunderlich_
                           U.S. MAGISTRATE JUDGE

Clerk's Office

_The defendant shall abstain from use or possession of alcohol in the park._
_Evaluation by a substance abuse counselor and completion of recommended treatment program._