# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

06 mj 148

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. P0614152

_Paul Merrill_

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: 141 N. Rodeo Gulch CT
Soquel    CA    95073
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 12/05/06      Steve Bootz for Paul Merrill
                    DEFENDANT'S SIGNATURE

_6 months_ _probation (court)_
YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

(✓) Fine: $ 630.00 and a penalty assessment of $ 20.00 for a TOTAL AMOUNT OF: $ 650.00 within _____ days/months; or payments of $ 125.00 per month, commencing 1-5-07 and due on the 5th of each month until paid in full.
( ) Restitution: _____
( )   Community Service _____ with fees not to exceed $ _____
      completed by _____

2 days custody with credit for 2 days served

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**USDC**
**CENTRAL VIOLATIONS BUREAU (SA)**
**POST OFFICE BOX 740026**
**ATLANTA, GA 30374-0026**

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
501 "I" STREET
SACRAMENTO, CA 95814-2322

Your check or money order must indicate your name and case/citation number shown above to ensure your account is credited for payment received.

Date: 12/5/06      William M. Wunderlich
                   U.S. MAGISTRATE JUDGE

The defendant shall abstain from use or possession of alcohol in the park.
Evaluation by a substance abuse counselor and completion of recommended treatment.

Clerk's Office